UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHANTEL C. BUSBEE,<br><br>   Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:18-cv-03962-RGK (JDE)<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Stipulation of the parties, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge, the Objections to the Report filed by the Commissioner the Reply to the Objection filed by Plaintiff, and the Amended Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court treats the objections as having been made to the operative Amended Report and Recommendation and has engaged in a de novo review of those portions of the Amended Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security in this case and remanding the matter for further administrative proceedings consistent with the Amended Report and Recommendation.

Dated: July 19, 2019

_____
R. GARY KLAUSNER
United States District Judge