JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHANTEL C. BUSBEE, | No. 2:18-cv-03962-RGK (JDE) |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Accepting Amended Report and Recommendation of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

Dated: July 19, 2019

_____
R. GARY KLAUSNER
United States District Judge